UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 15-7277-VBF (KS)                                              Date: February 1, 2016

Title   *Jose Guadalupe Amezquita v. Jeff Macomber et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  ORDER TO SHOW CAUSE RE: DISMISSAL**

    On September 8, 2015, Petitioner, a California state prisoner proceeding *pro se*, filed a Petition For Writ Of Habeas Corpus By A Person In State Custody ("Petition") pursuant to 28 U.S.C. § 2254.  After learning that the Petition was "mixed" and subject to dismissal because it raised both exhausted and unexhausted claims, Petitioner filed a motion for a stay and abeyance so that he could return to state court to exhaust his unexhausted claims (Dkt. No. 14) and a motion to dismiss the unexhausted claims (Dkt. No. 16), leading the Court to grant Petitioner a stay pursuant to *Kelly v. Small*, 315 F.3d 1063 (9th Cir. 2003) (Dkt. No. 17).

    In its December 16, 2015 order staying Petitioner's case and dismissing the unexhausted claims – Grounds One, Two, and Three – without prejudice, the Court ordered Petitioner to file, within 30 days:  (1) a habeas petition in the California Supreme Court fairly presenting Grounds One, Two, and Three; and (2) a copy of that petition in this Court; and (3) a Status Report in this Court advising the Court of the status of his state habeas proceeding.  (Dkt. No. 17.)  The Court informed Petitioner that his failure to comply with these instructions "may result in the Court ordering the stay to be vacated *nunc pro tunc* and the matter recommended for dismissal."  (*Id.*)

    Sixteen days have now passed since Petitioner's deadline for filing a Status Report and copy of his state habeas petition, and the Court has received neither.  Because Petitioner has failed to comply with the Court's December 16, 2015 Order requiring him to file a status report no later than January 16, 2016, Petitioner is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for his failure to prosecute and comply with the Court's prior Order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 15-7277-VBF (KS)                                                                 Date: February 1, 2016

Title       *Jose Guadalupe Amezquita v. Jeff Macomber et al*

To discharge this Order and proceed with this action, Petitioner must file <u>one</u> of the following **on or before March 4, 2016**:

(1) a status report and copy of the state habeas petition in conformity with the Court's December 16, 2015 Order;
(2) a motion to lift the stay and proceed only with the exhausted claims; or
(3) a request for an extension of time and a sworn declaration (not to exceed 3 pages) presenting a plausible and coherent explanation, supported by competent evidence whenever possible, for Petitioner's failure to timely file the required status report.

If Petitioner no longer wishes to proceed with this case, he may file a document entitled "Notice of Dismissal" in which he requests the voluntary dismissal of this action with no further consequence.

**Petitioner is expressly cautioned that his failure to timely respond to this order may result in the Court vacating the stay *nunc pro tunc* and recommending dismissal of the action based on Local Rule 41-1 and Rule 41 of the Federal Rules of Civil Procedure.**

|  | : |
|---|---|
| **Initials of Preparer** | rh |