# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE AMEZQUITA,<br><br>Petitioner,<br><br>v.<br><br>JEFF MACOMBER,<br><br>Respondent.<br>_____ | NO. LA CV 15-07277-VBF (KS)<br><br>**ORDER**<br><br>Overruling Petitioner's Objections;<br>Adopting the Report and Recommendation;<br>Denying the Habeas Corpus Petition;<br>Directing Entry of Separate Final Judgment;<br>Directing Entry of Separate COA Order;<br>Terminating and Closing the Case (JS-6) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("R&R"), and Petitioner's timely objections to the R&R. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which specific objections have been stated. Having completed its review, the Court finds no error of law, fact, or logic in the well-reasoned R&R. Accordingly, the Court will accept and implement the findings and recommendations set forth in the Report.

ORDER

Petitioner's objections are **OVERRULED**.

The petition for a writ of habeas corpus is **DENIED**.

The Court will rule on a certificate of appealability by separate contemporaneous order.

Separate final judgment shall be entered consistent with this Order and with the R&R.

The case **SHALL BE TERMINATED AND CLOSED.**

IT IS SO ORDERED.

Dated: Friday, March 24, 2017 _____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE