JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE AMEZQUITA, ) | NO. LA CV 15-07277-VBF (KS) |
| Petitioner, ) | |
| v. ) | **FINAL JUDGMENT** |
| ) | |
| JEFF MACOMBER, ) | |
| Respondent. ) | |
| _____ ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, **final judgment is hereby entered in favor of the respondent and against petitioner Jose Guadalupe Amezquita.**

Dated: Friday, March 24, 2017

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE